UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DR. GEORGE PIECZENIK

    Plaintiff

v.

PLUESE, BECKER & SALTZMAN, LLC,

ANDREW CECERE, CEO, U.S.BANK

Defendants

Case # 3:20-cv-15671-AET-ZNQ

Hon. Anne E. Thompson, U.S.D.J.

STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably resolved by and between the Parties hereto, it is hereby stipulated and agreed by the Parties that the Plaintiff's Complaint be and is hereby DISMISSED WITH PREJUDICE.

Plaintiff

*(signature)*

_____
Dr. George Pieczenik
Dated: 4/9/2021

Pluese, Becker & Saltzman, LLC
Attorneys for Defendants
Pluese, Becker & Saltzman, LLC
Andrew Cecere, CEO, U.S. Bank

By: /s/ Stuart H. West
_____
Stuart H. West, Esq.

Dated: 4/12/2021

It is so ordered this 13th day of April, 2021.

*(signature)*
Anne E. Thompson, U.S.D.J.